**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/27/24 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                            :
                                  :
**EUGENE W CRANDLE**              :
                                  :
                                  :    **CASE No. 24-20573GLT**
                                  :
        Debtor                    :    **CHAPTER 13**

                                       **Related to Dkt. No. 17**


### NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 2 was filed on March 15, 2024 by Tsarouhis Law Group, LLC. The filing party

now notifies the court that this claim is withdrawn.


**/s/ Demetrios H. Tsarouhis**
DEMETRIOS H. TSAROUHIS
I.D. #88513
Attorney for Creditor
21 S. 9th Street—Suite 200
Allentown, PA 18102
610-628-2440


SO ORDERED
March 27, 2024

Gregory  Taddonio    **jah**

Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 24-20573-GLT

Eugene W. Crandle                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                   User: auto                                    Page 1 of 2
Date Rcvd: Mar 27, 2024               Form ID: pdf900                              Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eugene W. Crandle, 294 Little Summit Road, Dunbar, PA 15431-2132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 00:37:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Eugene W. Crandle r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Demetrios H. Tsarouhis | on behalf of Attorney Tsarouhis Law Group  LLC dht@pacollections.com, noticemebankruptcyfilings@gmail.com |
| Denise Carlon | on behalf of Creditor Resolve Equity Investments LLC dcarlon@kmllawgroup.com |

District/off: 0315-2                              User: auto                                  Page 2 of 2
Date Rcvd: Mar 27, 2024                           Form ID: pdf900                             Total Noticed: 2

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 5