File No.: 14006

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 24-20573 GLT |
| Eugene W. Crandle, | Chapter 13 |
| Debtor. | Document No. |
| Eugene W. Crandle, | Related to Document No. |
| Movant, | |
| vs. | |
| Resolve Equity Investments, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondents. | |

CERTIFICATION OF NO OBJECTION TO OBJECTION
TO OBJECTION TO NOTICE OF POST PETITION FEES, EXPENSES AND CHARGES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Notice of Post-Petition Fees, Expenses and Charges filed on April 9, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtor's objection were to be filed and served no later than April 26, 2024.

It is hereby requested that the Order attached to the Objection to Notice of Post-Petition Fees, Expenses and Charges be entered by the Court.

Dated: April 29, 2024

TREMBA, KINNEY, GREINER & KERR, LLC

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
1310 Morrell Avenue, Suite C
Connellsville, PA 15425
Telephone (724) 628-7955
Email: dwhite@westpalawyers.com
Attorney for Debtor