FILED
4/30/24 5:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eugene W. Crandle<br>_Debtor(s)_ | CHAPTER 13 |
| Eugene W. Crandle<br>_Objector_<br>vs.<br>Resolve Equity Investments LLC<br>_Respondent(s)_ | NO. 24-20573 GLT |
| Ronda J. Winnecour<br>_Trustee_ | Rel Doc. , 25 and 29 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The above captioned matter was filed by the Debtor on March 8, 2024.

2. The bar date for proof of claims is May 17, 2024.

3. Respondent has not yet filed a proof of claim in this case.

4. Respondent filed a Notice of Post-Petition Fees and Costs on April 4, 2024 at docket number 24.

5. The Debtor filed an objection to the Notice of Post-Petition Fees on April 9 at docket number 25.

6. The parties agree that the Notice of Post-Petition Fees should be withdrawn without prejudice to the right of the Respondent to include the fees sought in the notice as part of the forthcoming proof of claim.

7. This stipulation does not preclude the debtor's right to object to the proof of claim.

.

Date:   April 26, 2024

                                            By:

                                            */s/ Denise Carlon, Esquire* Denise Carlon, Esquire  Attorney I.D. No. 317226 KML Law Group, P.C.
BNY Mellon Independence Center  701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com

Date:  April 26, 2024                        /s/*Daniel R. White*
Daniel R. White
Pa. I.D. No. 78718
1310 Morrell Avenue, Suite C
Connellsville, PA 15425
Telephone (724) 628-7955
Email: dwhite@westpalawyers.com
Attorney for Debtor

Approved by the Court this  30th  day of     April                , 2024.  However, the court retains discretion regarding entry of any further order.

                                            _____
Chief U.S. Bankruptcy Judge
Gregory L. Taddonio

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20573-GLT |
| Eugene W. Crandle | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: May 01, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene W. Crandle, 294 Little Summit Road, Dunbar, PA 15431-2132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Resolve Equity Investments LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

**Name**    **Email Address**

Daniel R. White
    on behalf of Debtor Eugene W. Crandle
    r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Demetrios H. Tsarouhis
    on behalf of Attorney Tsarouhis Law Group LLC dht@pacollections.com, noticemebankruptcyfilings@gmail.com

Denise Carlon
    on behalf of Creditor Resolve Equity Investments LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 01, 2024 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5