UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 24-20573 GLT |
| | : | |
| Eugene W. Crandle, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Eugene W. Crandle, | : | Related to Document No. |
| | : | |
| Movant, | : | Related to Claim No. 8-1 |
| | : | |
| vs. | : | |
| | : | |
| Madison Management Services, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

CERTIFICATION OF NO OBJECTION TO OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

The undersigned hereby certifies that, as of the date July 9, 2024, hereof, no answer, objection or other responsive pleading to the Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on June 20, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtors' objection were to be filed and served no later than July 8, 2024.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges be entered by the Court.

Dated: July 9, 2024

TREMBA, KINNEY, GREINER & KERR

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
1310 Morrell Avenue, Suite C
Connellsville, PA 15425
Email: dwhite@westpalawyers.com
Telephone (724) 628-7955
Attorney for Debtor