File No.: 14006

FILED
7/9/24 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 24-20573 GLT |
| | : | |
| Eugene W. Crandle, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Eugene W. Crandle, | : | Related to Document No. 38 |
| | : | |
| Movant, | : | Related to Claim No. 8-1 |
| | : | |
| vs. | : | |
| | : | |
| Madison Management Services, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

## MODIFIED DEFAULT ORDER

AND NOW, this __9th__ day of __July__, 2024, based upon the Objection of Debtor to the Notice to Post-Petition Mortgage Fees, Expenses and Charges, it is hereby ORDERED that the foreclosure costs for service and mailing of $171.28 included in Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by Madison Management Services, LLC on June 10, 2024 related to claim No. 8-1, are STRICKEN. The remainder of Madison Management Services, LLC Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on June 10, 2024 is ~~uneffected~~ unaffected.

[Prepared by Daniel R. White, Esq.]

DEFAULT ENTRY
Dated: 7/9/24

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20573-GLT |
| Eugene W. Crandle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene W. Crandle, 294 Little Summit Road, Dunbar, PA 15431-2132 |
| cr | + | Madison Management Services, LLC, Madison Management Services, LLC, 4600 Kietzke Lane K - 225, Reno, NV 89502-5017 |
| 15693298 | + | Madison Management Services, LLC, 4600 Kietzke Lane, Suite K-225, Reno, NV 89502-5017 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

**Name**                **Email Address**

Brent J. Lemon
    on behalf of Creditor Resolve Equity Investments LLC blemon@kmllawgroup.com lemondropper75@hotmail.com

Daniel R. White
    on behalf of Debtor Eugene W. Crandle
    r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Demetrios H. Tsarouhis
    on behalf of Attorney Tsarouhis Law Group  LLC dht@pacollections.com, noticemebankruptcyfilings@gmail.com

Denise Carlon
    on behalf of Creditor Resolve Equity Investments LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: pdf900 | Total Noticed: 3 |

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 6