B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re Eugene W. Crandle, Case No. 24-20573

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Madison Management Services, LLC
Name of Transferee

Resolve Equity Investments LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
Madison Management Services, LLC
4600 Kietzke Ln Suite K-225
Reno, NV 89502

Phone: 877-563-4164
Last Four Digits of Acct #: 5957

Court Claim # (if known): 8-1
Amount of Claim: $86,809.63
Date Claim Filed: 05/13/2024

Phone: 513-317-2661
Last Four Digits of Acct. #: 5957

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ Kevin J Cordell
Transferee/Transferee's Agent

Date: 07/21/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.