**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
EUGENE W. CRANDLE — Case No. 24-20573GLT

Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee, — Chapter 13

Movant — Document No __
vs.
MADISON MANAGEMENT SERVICES LLC++
Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TO RETURNED MAIL FROM THE POSTAL SERVICE. NO CHANGE OF ADDRESS HAS BEEN FILED.

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

MADISON MANAGEMENT SERVICES LLC++
4600 KIETZKE LN STE K-225
RENO, NV 89502

Court claim# 8/Trustee CID# 21

The Movant further certifies that on 08/17/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
EUGENE W. CRANDLE, 294 LITTLE SUMMIT ROAD, DUNBAR, PA 15431

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, CALAIARO VALENCIK**, 8 NICKMAN PLAZA, LEMONT FURNACE, PA 15456

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106

ORIGINAL CREDITOR:
MADISON MANAGEMENT SERVICES LLC++, 4600 KIETZKE LN STE K-225, RENO, NV 89502

NEW CREDITOR: